Paris D. KENNELL, Appellant,

v.

ABBCO SERVICE CORPORATION, Appellee.

No. 10–3136.

United States Court of Appeals, Eighth Circuit.

Submitted: March 9, 2011.

Filed: March 14, 2011.

Paris D. Kennell, St. Louis, MO, pro se.

Timothy Robert Muehleisen, Lashly & Baer, St. Louis, MO, for Appellee.

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Paris Kennell appeals from the order of the District Court[1] dismissing her employment-discrimination action against her former employer, ABBCO Service Corporation. Upon careful de novo review, *see Blankenship v. USA Truck, Inc.*, 601 F.3d 852, 853 (8th Cir.2010), we agree with the District Court that Kennell failed to state a claim, *see Norman v. Union Pac. R.R.*, 606 F.3d 455, 461 (8th Cir.2010) (setting forth the elements of a prima facie case of race discrimination based upon disparate

1. The Honorable Henry E. Autry, United States District Judge for the Eastern District of Missouri.

treatment). Accordingly, the judgment is affirmed.